```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    WILLIAM S. WONG
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2751
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:07-cr-0248 WBS
                                 )
12          Plaintiff,           )  STIPULATION AND [PROPOSED] ORDER
                                 )  SETTING STATUS CONFERENCE FOR
13       v.                      )  DEFENDANTS MARCO ANTHONY GOMEZ,
                                 )  FERNANDO VILLALPANDO, EDWARD
14  MARIO DIAZ, et al.,          )  FUENTES, DAVID RAMIREZ, and
                                 )  FAUSTINO GONZALEZ and HEARING
15          Defendants.          )  REGARDING STATUS OF COUNSEL FOR
                                 )  DEFENDANT BENJAMIN SANTOS CASTRO
16                               )
    _____)
17
```

18    Plaintiff, United States of America, by its counsel, Assistant
19 United States Attorneys Jason Hitt and William S. Wong, and
20 defendants Marco Anthony GOMEZ, by and through his counsel, Michael
21 Long, Esq., defendant Fernando VILLALPANDO, by and through his
22 counsel, David Arredondo, Esq., defendant Edward FUENTES, by and
23 through his counsel, John Balazs, Esq., defendant David RAMIREZ, by
24 and through his counsel Robert Holley, Esq., and defendant Faustino
25 GONZALEZ, by and through his counsel, Evans Prieston, Esq.,
26 stipulate and agree that a status conference should be set for <u>March
27 7, 2011, at 8:30 a.m.</u> for the following defendants only:
28 / / /

1

1   Marco Anthony GOMEZ,
2   Fernando VILLALPANDO,
3   Edward FUENTES,
4   David RAMIREZ,
5   Faustino GONZALEZ, and
6   Benjamin SANTOS CASTRO.

7   The status conference is needed because on February 22, 2011,
8  the Court relieved counsel for defendant Benjamin SANTOS CASTRO from
9  further representation in this matter.  As a result, the United
10 States has proposed moving defendant Faustino GONZALEZ into the
11 trial group currently set for April 26, 2011.  The April 26, 2011
12 trial group currently includes defendants Marco Anthony GOMEZ,
13 Fernando VILLALPANDO, Edward FUENTES, and David RAMIREZ.  The Court
14 will inquire whether counsel for defendant Faustino GONZALEZ is
15 prepared to proceed to trial on April 26, 2011.
16  In addition, the Court will hold a hearing to inquire into the
17 status of counsel for defendant Benjamin SANTOS CASTRO in order to
18 insure that a new lawyer has been appointed to represent him.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

    No other defendants or their counsel in this case are required or requested to appear on March 7, 2011.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:   February 24, 2011        By:   /s/Jason Hitt
                                        JASON HITT
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorneys

DATED:   February 24, 2011        By:   /s/Jason Hitt
                                        Authorized to sign for Mr.
                                        Long on 02-22-11
                                        MICHAEL LONG, Esq.
                                        Attorney for Marco GOMEZ

DATED:   February 24, 2011        By:   /s/Jason Hitt
                                        Authorized to sign for Mr.
                                        Arredondo on 02-24-11
                                        DAVID ARREDONDO, Esq.
                                        Attorney for Fernando
                                        VILLALPANDO

DATED:   February 24, 2011        By:   /s/Jason Hitt
                                        Authorized to sign for Mr.
                                        Balazs on 02-24-11
                                        JOHN BALAZS, Esq.
                                        Attorney for Edward FUENTES

DATED:   February 24, 2011        By:   /s/Jason Hitt
                                        Authorized to sign for Mr.
                                        Holley on 02-24-11
                                        ROBERT HOLLEY, Esq.
                                        Attorney for David RAMIREZ

DATED:   February 24, 2011        By:   /s/Jason Hitt
                                        Authorized to sign for Mr.
                                        Prieston on 02-22-11
                                        EVANS PRIESTON, Esq.
                                        Attorney for Faustino
                                        GONZALEZ

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

    1.  A status conference in this matter is set for defendants Marco Anthony GOMEZ, Fernando VILLALPANDO, Edward FUENTES, David RAMIREZ, and Faustino GONZALEZ is set for March 7, 2011, at 8:30 a.m.; and

    2.  A hearing regarding the status of counsel for defendant Benjamin SANTOS CASTRO is set for the same date and time.

**IT IS SO ORDERED.**

DATED: February 24, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE