```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    WILLIAM S. WONG
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2751
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:07-cr-0248 WBS
                                 )
12         Plaintiff,            )  STIPULATION AND [PROPOSED] ORDER
                                 )  SETTING STATUS CONFERENCE FOR
13     v.                        )  DEFENDANTS BENJAMIN SANTOS CASTRO,
                                 )  OSCAR CAMPOS PADILLA, ALVARO
14  MARIO DIAZ, et al.,          )  GOMEZ, and VALDEMAR CAMBUNGA
                                 )
15         Defendants.           )
                                 )
16                               )
    _____)
17
```

Plaintiff, United States of America, by its counsel, Assistant United States Attorneys Jason Hitt and William S. Wong, and defendants Benjamin SANTOS CASTRO, by and through his counsel Scott Cameron, Esq., Oscar CAMPOS PADILLA, by and through his counsel Paul Meltzer, Esq., Alvaro GOMEZ, by and through his counsel Thomas Johnson, Esq., and Valdemar CAMBUNGA, by and through his counsel Candace Fry, Esq., stipulate and agree that the existing status conference date of June 13, 2011, should be vacated.  The parties further stipulate and agree that a status conference should be set for May 9, 2011, at 8:30 a.m. for defendants Benjamin SANTOS CASTRO, Oscar CAMPOS PADILLA, Alvaro GOMEZ, and Valdemar CAMBUNGA.

1    The status conference is needed because the June 13, 2011
2 status conference date for these defendants was premised upon
3 waiting for the conclusion of the trial set of the Group II
4 defendants in April.  However, each of the Group II defendants have
5 entered guilty pleas and there is no longer any reason to await the
6 conclusion of that trial.  Accordingly, the parties respectfully
7 request that the Court set a status conference date for the
8 remaining four defendants in this case on May 9, 2011, because it
9 should achieve a more efficient setting of trial dates or resolution
10 of the case for these remaining defendants.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  April 5, 2011          By: /s/Jason Hitt
                                   JASON HITT
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorneys

DATED:  April 5, 2011          By: /s/Jason Hitt
                                   Authorized to sign for Mr.
                                   SCOTT CAMERON, Esq. on 04-04-11
                                   Attorney for Benjamin SANTOS CASTRO

DATED:  April 5, 2011          By: /s/Jason Hitt
                                   Authorized to sign for Mr.
                                   Paul Meltzer on 04-04-11
                                   PAUL MELTZER, Esq.
                                   Attorney for Oscar CAMPOS PADILLA

DATED:  April 5, 2011          By: /s/Jason Hitt
                                   Authorized to sign for Mr.
                                   Johnson on 04-05-11
                                   THOMAS JOHNSON, Esq.
                                   Attorney for Alvaro GOMEZ

DATED:   April 5, 2011          By:   /s/Jason Hitt
                                       Authorized to sign for Ms.
                                       Fry on 04-04-11
                                       CANDACE FRY, Esq.
                                       Attorney for Valdemar
                                       CAMBUNGA

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. A status conference in this matter for defendants Benjamin SANTOS CASTRO, Oscar CAMPOS PADILLA, Alvaro GOMEZ, and Valdemar CAMBUNGA is set for May 9, 2011, at 8:30 a.m.; and

2. The previously-set status conference date for these defendants of June 13, 2011, is VACATED.

**IT IS SO ORDERED.**

DATED: April 5, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE