Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
BENJAMIN SANTOS CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>             Plaintiff,         )<br>                               )<br>     v.                        )<br>                               )<br>BENJAMIN SANTOS CASTRO,        )<br>                               )<br>             Defendant.        )<br>                               )<br>_____) | CASE NO. 2:07-CR-00248-09 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING PRE-SENTENCE REPORT DISCLOSURE SCHEDULE FOR DEFENDANT BENJAMIN SANTOS CASTRO** |

### Stipulation

The parties, through undersigned counsel, stipulate that, as to defendant Benjamin Santos Castro, the disclosure schedule for the pre-sentence report, and objections thereto, may be modified as detailed below.

Due to the complexities of this case, the proposed pre-sentence report was not disclosed by the Probation Department on the date originally set. Moreover, due to the volume of discovery, and number of issues, the parties will require more time to prepare objections than is ordinarily provided in a pre-sentence report disclosure and briefing schedule.

As such, the parties agree to the following schedule for the

1

disclosure of the pre-sentence report and objections:

    Proposed PSR to Counsel:              Completed

    Counsel's Written Obj's to Probation:   October 24, 2011

    Presentence Report Filed With Court:   November 7, 2011

    Motion for Corrections to PSR:         November 21, 2011

    Reply or Statement of Non-Opposition:  November 28, 2011

    Evidentiary Hearing **(already set/no change)**: December 6, 2001

    The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: October 7, 2011    BENJAMIN WAGNER
                               United States Attorney

                         by   /s/ Scott Cameron, for
                              William Wong
                              Assistant U.S. Attorney

DATED: October 7, 2011   by   /s/ Scott N. Cameron
                               Scott N. Cameron
                               Counsel for BENJAMIN SANTOS CASTRO

## Order

Good cause appearing,

The schedule for the disclosure of the pre-sentence report, and objections thereto, is modified as set forth in the above-stated stipulation.

    IT IS SO ORDERED.

DATED: October 7, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE