Scott N. Cameron (SBN: 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
(916) 442-5230

CJA Trial Attorney for:
BENJAMIN SANTOS CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>  )<br>BENJAMIN SANTOS CASTRO ,  )<br>  )<br>  )<br>  Defendant.  )<br>  )<br>_____  ) | CASE NO.: 2:07-CR-0248-09 WBS<br><br>**SUBSTITUTION OF ATTORNEY FOR DEFENDANT BENJAMIN SANTOS CASTRO AND [PROPOSED] ORDER**<br><br>COURT ROOM: 5<br>JUDGE: Hon. William B. Shubb |

NOTICE IS HEREBY GIVEN that Defendant Benjamin Santos Castro, for the purposes of appeal, hereby moves to substitute CJA attorney Mary Pougiales in place of his previous CJA attorney, Scott N. Cameron.  Benjamin Santos Castro was sentenced by Judge Shubb in case 07-CR-0248 WBS on May 7, 2012.

I consent to Mary Pougiales replacing Scott N. Cameron as my attorney in this matter.

Dated: May 11, 2012                              Respectfully submitted,

                                                 /s/ Benjamin Santos Castro
                                                 Benjamin Santos Castro
                                                 (Signed by Scott Cameron with Mr.
                                                 Castro's permission)

**SUBSTITUTION OF ATTORNEY**
**-1-**

1 | I consent to Mary Pougiales replacing me as Benjamin Santos Castro's attorney in
2 | this matter.

3

4 | Dated: May 11, 2012                             Respectfully submitted,

5                                                  /s/ Scott N. Cameron
6                                                  Scott N. Cameron

7

8 | I accept appointment as Benjamin Santos Castro's attorney in this matter.

9 | Dated: May 11, 2012                             Respectfully submitted,

10                                                 /s/ Mary Pougiales
11                                                 Mary Pougiales – CSB # 77807
                                                   448 Ignacio Boulevard # 191
12                                                 Novato, CA 94949
13                                                 Tel: (415) 847-6379
                                                   (Signed by Scott Cameron with Ms.
14                                                 Pougiales' permission)

15

16

17 | IT IS SO ORDERED.

18

19 | Dated:   May 17, 2012

20

21                                                 WILLIAM B. SHUBB
                                                   UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

**SUBSTITUTION OF ATTORNEY**
-2-