UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN SANTOS CASTRO,<br><br>　　　　Defendant. | CR. NO. 2:07-0248-09 WBS<br><br>ORDER |

----oo0oo----

     On March 20, 2018, defendant Benjamin Santos Castro filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 1592.) The United States shall file an opposition to petitioner's motion no later than April 17, 2018. Defendant may then file a reply no later than May 1, 2018. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

     IT IS SO ORDERED.

Dated: March 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1