| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorneys for Defendant
BENJAMIN CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-248-09 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |
| v. | |
| BENJAMIN CASTRO, | Judge: Honorable WILLIAM B. SHUBB |
| Defendant. | |

Defendant, Benjamin Castro, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, United States of America, by and through its counsel, Assistant United States Attorney, Jason Hitt, hereby stipulate to set the briefing schedule. The parties request that the government's opposition be due on April 30, 2018 and the defendant's reply be filed no later than May 21, 2018.

Dated: March 27, 2018

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Hannah R. Labaree*
    HANNAH R. LABAREE
    Assistant Federal Defender
    Attorney for Defendant BENJAMIN CASTRO

Stipulation to Set Briefing Schedule      1

Dated: March 27, 2018

MCGREGOR W. SCOTT
United States Attorney

_/s/ Jason Hitt_
JASON HITT
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the government's opposition is due no later than April 30, 2018 and the defendant's reply shall be filed no later than May 21, 2018.

Dated: March 27, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE