| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338<br>Assistant Federal Defender |
| 3 | Counsel Designated for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Defendant<br>BENJAMIN CASTRO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN CASTRO,<br><br>　　　　　Defendant. | Case No. 2:07-cr-248-09 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, Benjamin Castro, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, United States of America, by and through its counsel, Assistant United States Attorney, Jason Hitt, hereby stipulate to set the briefing schedule. The parties request that the government's opposition be due on June 29, 2018 and the defendant's reply be filed no later than July 20, 2018.

Dated: April 12, 2018

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　*/s/ Hannah R. Labaree*
　　　　　　　　　　　　　　　　　　HANNAH R. LABAREE
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant BENJAMIN CASTRO

| | |
|---|---|
| Dated: April 12, 2018 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Jason Hitt*<br>JASON HITT<br>Assistant United States Attorney<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the government's opposition is due no later than June 29, 2018 and the defendant's reply shall be filed no later than July 20, 2018.

Dated: April 13, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE