1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No. Cr. 2:07-cr-248 WBS

12              Plaintiff,                 **UNOPPOSED REQUEST TO EXTEND
                                           DEADLINE FOR FILING RESPONSE;**
13       v.                                **ORDER**

14  BENJAMIN SANTOS CASTRO,

15              Defendant.                 Judge:  Honorable WILLIAM B. SHUBB

16       Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender Hannah R.

17  Labaree, hereby requests that the deadline for filing a response to the government's June 28, 2018

18  Opposition, be extended to **July 27, 2018.**  The undersigned is requesting the additional time to

19  allow for further conversation with Mr. Castro, who is currently incarcerated in the Bureau of

20  Prisons.  Counsel for the government, Assistant U.S. Attorney Jason Hitt, graciously indicated

21  that he has no objection.

22  Dated:  July 20, 2018
                                           Respectfully submitted,
23
                                           HEATHER E. WILLIAMS
24                                         Federal Defender

25
                                           /s/ *Hannah R. Labaree*
26                                         HANNAH R. LABAREE
                                           Assistant Federal Defender
27

28

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the defendant's response to the government's Opposition be filed on or before July 27, 2018.

Dated: July 23, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE