HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
BENJAMIN SANTOS CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00248-WBS-9 |
| Plaintiff, | |
| v. | **AMENDED NOTICE OF MOTION AND STIPULATION TO SET BRIEFING SCHEDULE; ORDER** |
| BENJAMIN SANTOS CASTRO, | Judge: Hon. William B. Shubb |
| Defendant. | Date: May 31, 2021<br>Time: 9:00 A.M. |

The parties hereby request the following briefing schedule be set:

**Defense Motion:** **May 3, 2021**

**Government Response:** **May 17, 2021**

**Defense Reply:** **May 24, 2021**

**Hearing:** **June 1, 2021**

DATED: April 12, 2021                     Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Hannah R. Labaree*
                                          HANNAH R. LABAREE
                                          Assistant Federal Defender

                                          Attorney for BENJAMIN SANTOS CASTRO

DATED: April 12, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The briefing schedule set forth in the parties' filing is hereby ADOPTED.

Dated:  April 13, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE