| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 2:07-cr-248-09 WBS |
| Plaintiff, | **STIPULATION TO AMEND BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
| v. | |
| BENJAMIN SANTOS CASTRO, | Judge: Honorable WILLIAM B. SHUBB |
| | Time: 9:00 A.M. |
| Defendant. | Date: June 14, 2021 |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Jason Hitt, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah Labaree, attorneys for Defendant-movant Benjamin Santos Castro, that an amended motions briefing schedule be set as follows:

| | |
|---|---|
| Defense Motion: | May 17, 2021 |
| Government Response: | May 31, 2021 |
| Defense Reply: | June 7, 2021 |
| Hearing: | June 14, 2021 at 9:00 a.m. |

The parties further request that a hearing date be set for the motions on June 14, 2021, or as soon thereafter as is practicable.

Dated: May 3, 2021

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Hannah Labaree*
        HANNAH LABAREE
        Assistant Federal Defender
        Attorney for Defendant
        BENJAMIN SANTOS CASTRO

Dated: May 3, 2021

        PHILLIP A. TALBERT
        Acting United States Attorney

        */s/ Jason Hitt*
        JASON HITT
        Assistant United States Attorney
        Attorney for Plaintiff

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the motion schedule be amended as set forth in the parties' stipulation.

Dated: May 4, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE