| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338<br>Assistant Federal Defender |
| 3 | Counsel Designated for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | No. Cr. 2:07-cr-248-09 WBS |
| 12 | Plaintiff, | **STIPULATION TO AMEND BRIEFING SCHEDULE AND HEARING DATE** |
| 13 | v. | Judge: Honorable WILLIAM B. SHUBB |
| 14 | BENJAMIN SANTOS CASTRO, | Time: 9:00 A.M.<br>Date: June 14, 2021 |
| 15 | Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Jason Hitt, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah Labaree, attorneys for defendant-movant Benjamin Santos Castro, that an amended motions briefing schedule be set as follows:

| | |
|---|---|
| Defense Motion to Reduce Sentence under Amendment 782: | June 7, 2021 |
| Government Response: | June 21, 2021 |
| Defense Reply: | June 28, 2021 |
| Motion Hearing: | July 6, 2021 |

The parties further request that a hearing date be set for the motions on July 6, 2021, or as soon thereafter as is practicable.

Dated: May 20, 2021

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                        */s/ Hannah Labaree*
                                        HANNAH LABAREE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BENJAMIN SANTOS CASTRO

Dated: May 20, 2021                        PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        */s/ Jason Hitt*
                                        JASON HITT
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

## ORDER

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the motions briefing schedule be amended as set forth below:

| | |
|---|---|
| Defense Motion to Reduce Sentence under Amendment 782: | June 7, 2021 |
| Government Response: | June 21, 2021 |
| Defense Reply: | June 28, 2021 |

After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary. The June 14, 2021 hearing date is vacated.

Dated: May 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE