1 | HEATHER E. WILLIAMS, Bar #122664
  | Federal Defender
2 | HANNAH R. LABAREE, Bar #294338
  | Assistant Federal Defender
3 | Counsel Designated for Service
  | 801 I Street, 3rd Floor
4 | Sacramento, California 95814
  | Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. 2:07-cr-248-09 WBS |
|---|---|
| Plaintiff, | **STIPULATION TO AMEND BRIEFING SCHEDULE AND HEARING DATE** |
| v. | Judge: Honorable WILLIAM B. SHUBB |
| BENJAMIN SANTOS CASTRO, | Time: 9:00 A.M. |
| Defendant. | Date: June 28, 2021 |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Jason Hitt, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah Labaree, attorneys for defendant-movant Benjamin Santos Castro, that an amended motions briefing schedule be set as follows:

| | |
|---|---|
| Defense Motion to Reduce Sentence under Amendment 782: | June 28, 2021 |
| Government Response: | July 6, 2021 |
| Defense Reply: | July 12, 2021 |
| Motion Hearing: | July 19, 2021 |

The parties further request that a hearing date be set for the motions on July 19, 2021, or as soon thereafter as is practicable. The defendant will be waiving his appearance at that hearing, to the extent he has a right to such presence.

| | |
|---|---|
| Dated: June 14, 2021 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Hannah Labaree*<br>HANNAH LABAREE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BENJAMIN SANTOS CASTRO |
| Dated: June 14, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Jason Hitt*<br>JASON HITT<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the motions schedule be amended as set forth below:

| | |
|---|---|
| Defense Motion to Reduce Sentence under Amendment 782: | June 28, 2021 |
| Government Response: | July 6, 2021 |
| Defense Reply: | July 12, 2021 |

After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary

Dated: June 15, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE