1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. 2:07-cr-248-09 WBS |
|---|---|
| Plaintiff, | **STIPULATION TO AMEND BRIEFING SCHEDULE AND HEARING DATE** |
| v. | Judge: Honorable WILLIAM B. SHUBB |
| BENJAMIN SANTOS CASTRO, | Time: 9:00 A.M. |
| Defendant. | Date: August 9, 2021 |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Jason Hitt, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah Labaree, attorneys for defendant-movant Benjamin Santos Castro, that an amended motions briefing schedule be set as follows:

| | |
|---|---|
| Defense Motion to Reduce Sentence under Amendment 782: | August 23, 2021 |
| Government Response: | September 7, 2021 |
| Defense Reply: | September 14, 2021 |
| Motion Hearing: | September 21, 2021 |

The parties further request that a hearing date be set for the motions on September 21, 2021, or as soon thereafter as is practicable.

1

Dated:  August 5, 2021

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Hannah Labaree*
        HANNAH LABAREE
        Assistant Federal Defender
        Attorney for Defendant
        BENJAMIN SANTOS CASTRO

Dated: August 5, 2021

        PHILLIP A. TALBERT
        Acting United States Attorney

        */s/ Jason Hitt*
        JASON HITT
        Assistant United States Attorney
        Attorney for Plaintiff

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the motions schedule be amended as set forth below:

| | |
|---|---|
| Defense Motion to Reduce Sentence under Amendment 782: | August 23, 2021 |
| Government Response: | September 7, 2021 |
| Defense Reply: | September 14, 2021 |

After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated:  August 6, 2021

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE

2