UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | CR. NO. 2:07-0248-09 WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BENJAMIN SANTOS CASTRO, | |
| Defendant. | |

----oo0oo----

On September 30, 2021, defendant Benjamin Santos Castro filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 1702.) The United States shall file an opposition to petitioner's motion no later than October 21, 2021. Defendant may then file a reply no later than November 4, 2021. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED

Dated: October 1, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE