PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:07-CR-00248-09 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(2); ORDER |
| v. | |
| BENJAMIN SANTOS CASTRO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a motion for sentence reduction on September 30, 2021.  Docket No 1702.  The government's response is currently due October 21, 202.  Docket No 1707.

2.      Counsel for the government requests additional time to review relevant records and draft the government's response to the defendant's motion.  The defendant does not oppose the government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a)      The government's response to the defendant's motion to be filed on or before October 25, 2021;

b)      The defendant's reply to the government's response to be filed on or before November 8, 2021.

IT IS SO STIPULATED.

Dated:  October 21, 2021                          PHILLIP A. TALBERT
                                                  Acting United States Attorney


                                                  /s/ JASON HITT
                                                  JASON HITT
                                                  Assistant United States Attorney

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender


Dated:  October 21, 2021                          /s/ HANNAH R. LABAREE
                                                  HANNAH R. LABAREE
                                                  Counsel for Defendant
                                                  BENJAMIN SANTOS CASTRO

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)      The government's response to the defendant's motion, Docket Nos. 1702, 1706, is due on or before October 25, 2021;

b)      The defendant's reply to the government's response, if any, is due on November 8, 2021.

IT IS SO FOUND AND ORDERED.

Dated:  October 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE