HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Attorneys for Defendant
BENJAMIN SANTOS CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN SANTOS CASTRO,<br><br>Defendant. | Case No. 2:07-cr-248 WBS<br><br>**ORDER TO EXTEND FILING DEADLINE**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

**IS HEREBY ORDERED** that the reply to the opposition to the motion to reduce sentence be extended from November 8, 2021 to November 10, 2021.

Dated:  November 9, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-